■■ The reason for this rule, of course, is to avoid piecemeal appeals, and it serves its purpose well in that regard. Nevertheless, situations may often arise in which a practical fairness would indicate to the judge that an immediate appeal on a part of the issues would best serve the interests of justice. Although we believe that defendant could feel with good reason that this case presents such a situation, that decision is not for us to make, as it lies within the discretion of the trial court.

This appeal must therefore be dismissed. We mention, however, that if the trial court should decide to make the special finding rendering the injunction appealable under Rule 304(a), and the matter were again presented to this court, we would, on defendant's motion, permit the abstracts and briefs now on file to be transferred to the file of the new appeal without reprint.

Appeal dismissed.

LORENZ, P. J., and DRUCKER, J., concur.

---

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* FREDDIE MAE DAVIS (Impleaded), Defendant-Appellant.

(No. 53751; ▮▮▮▮▮▮▮▮▮

First District—April 3, 1972.

Opinion by Mr. JUSTICE BURKE.

Gerald W. Getty, Public Defender, of Chicago, (Herbert Becker, R. P. Katz, and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Brian D. Alpert, Assistant State's Attorneys, of counsel,) for the People.